# Exhibit 2



**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW

Stephen J. Akard
Direct Dial: (317) 684-5183
Fax: (317) 223-0183
E-Mail: SAkard@boselaw.com

August 16, 2024

His Excellency Shavkat Mirziyoyev
President of the Republic of Uzbekistan
Tashkent, Uzbekistan

Dear Mr. President,

Congratulations to your nation for earning eight gold, two silver, and three bronze medals at the recent Olympic Games in Paris. This is a remarkable achievement for Uzbekistan.

My client, United Cement Group (UCG), has engaged me to represent the company with respect to certain legal and related matters impacting their global operations. UCG and its principal shareholder, Ulugbek Shadmanov, have been subjected to a series of unfounded allegations in the U.S. and elsewhere. To address these concerns, UCG has engaged a preeminent U.S. corporate investigatory firm, comprised of former U.S. law enforcement and intelligence community experts, to document an ongoing campaign of smears. Details of the campaign and supporting documentation are provided in their attached report.

UCG is cooperating with U.S. government officials to dispel any and all concerns arising out of the smear campaign against the company; no adverse findings or judgments related thereto have been rendered in the U.S. against the company. I hope the attached information proves useful to you and appropriate Uzbek law enforcement officials. I am available to provide additional background information to your Ambassador in Washington, DC at his convenience.

Thank you for you consideration of this matter.

With highest regards,

Stephen J. Akard
U.S. Ambassador (ret.)

cc:        His Excellency Furqat Sidikov
           Ambassador of Uzbekistan to the United States of America

Enclosure:    Final Report and Appendix

111 Monument Circle, Suite 2700  |  Indianapolis, Indiana 46204  |  (317) 684-5000  |  (317) 684-5173 (fax)  |  www.boselaw.com

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.

CONTAINS FALSE CLAIMS. DO NOT USE OR DISTRIBUTE

Document contains watermarks added for public filing in litigation - Dec. 26, 2025

BME_000176

**REPORT ON THE NEFARIOUS ACTIVITIES OF UKTAM ARIPOV**

### Executive Summary

An extended network in Uzbekistan is engaging in an extortion and smear campaign against numerous Uzbekistan citizens that could undermine the efforts of the President of Uzbekistan and threaten Uzbekistan's relationship with the United States. Uktam Aripov, the central figure in the operation, has ties to Gulnora Karimova, Muhammad Solih, and Russia, as do several of his associates. Aripov is a propagandist who creates controversies and positions himself as the one to fix it—for a price. The key individuals involved are:

- Ovik Mkrtychyan, a close associate who is a Russian citizen, has active ties to Russian organized criminal organizations, is a longtime business partner of former First Daughter Gulnora Karimova, and has financial relationships with two high-level former US officials. He has been detained and released twice in Uzbekistan in connection with his corrupt activities.

- Steve Payne, his American business partner and lobbyist who has extensive contacts in the Republican Party and is a longtime supporter of opposition leader Muhammad Solih. (See Documents 1-4.)

- Akmal Mamarakhimov, a business partner of both Aripov and Payne.

### Threats to Harmony in the Republic of Uzbekistan

Aripov's campaign to extort individuals in Uzbekistan threatens the business climate in Uzbekistan, which in turn could threaten President Mirziyoyev's reform programs. In late 2023, Aripov launched an effort to smear and destroy Ulugbek Shadmanov, the shareholder of United Cement Group (UCG).

- After Shadmanov refused to participate in a nonviable commercial project with Mkrtychyan, Mkrtychyan threatened to use his contacts at media outlets Radio Azatliq and Eltuz to publish inflammatory media articles about Shadmanov, alleging that he was involved in corruption. According to confirmed information, Aripov then got involved, telling Shadmanov that Komil Allamjonov—a key official and media magnate who is close to the President's daughter—had ordered the articles to be written. We have no evidence to suggest that Allamjonov did so; we believe Aripov was attempting to create a conflict that he could then financially benefit from.

- When Mkrtychyan was arrested for alleged corruption in early 2024, Payne sent two letters to President Mirziyoyev asking for his release. (See Document 5.) According to our linguistic analysis, the letters were not written by a native English speaker, which suggests Aripov wrote them. Public sources confirm that Aripov paid Payne to lobby for Mkrtychyan's release (See Document 1).

1

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

- In April 2024, Aripov passed Otabek Nazirov—the press attaché in the Embassy of Uzbekistan in the United States—a third salacious letter from Payne alleging that Shadmanov was engaged in corrupt activities in Uzbekistan and was specifically targeting Dmitry Li—head of Uzbekistan's Agency for Prospective Projects—and Allamjonov. (See Document 6.) According to our sources, Nazirov passed the letter to the Uzbekistani Ambassador, who then forwarded it to the President's office in Tashkent.

- Separately, according to our sources, Aripov gave the same letter to Li, who gave it to Allamjonov, who also gave it to the President. We believe that Aripov co-opted the two men, saying Shadmanov was trying to ruin them in order to win them over to his side. We have no evidence to suggest that Li and Allamjonov are aware that Aripov was using them to create internal political problems in Uzbekistan.

- One of Aripov's associates published articles and a fake video about Shadmanov's alleged corruption on social media and posted his personal data online. False allegations that Shadmanov is wanted by Interpol were also part of the smear campaign.

- According to our sources, Aripov approached US Congressman Wesley Hunt about Shadmanov, falsely claiming that his company is colluding with unnamed Russians to undermine Russia-related US sanctions. Hunt, without vetting the information, passed a letter to the US Office of Foreign Assets Control (OFAC) and gave a speech on the floor of the House of Representatives in an attempt to ruin Shadmanov's business and reputation. (See Document 7.) According to a US election database, Hunt received a $3,350 campaign donation from Payne around the same time. (See Document 8.)

- At Aripov's direction, Payne wrote a fake speech in the name of Congressman Michael McCaul, the Chairman of the House Foreign Affairs Committee, alleging that UCG was circumventing US sanctions against Russia. The speech was never given. Multiple sources, including a person in McCaul's office, confirmed the speech is fake. Our sources also indicate Saida Mirziyoyeva—President Mirziyoyev's eldest daughter—was mentioned in the speech in an effort to intimidate Shadmanov. (See Document 9.)

- Mamarakhimov, Aripov's business partner, hired Payne's lobbying firm on in March 2024 for $2.3 million dollars and has engaged in lobbying the same Congressmen who have been attacking Shadmanov. Aripov used his attacks on Shadmanov as an example to get Mamarakhimov to hire Payne.

**Threats to US Relations**

Aripov and Payne are connected to several prominent Republicans who are close to former President Donald Trump. Aripov and Payne's former lobbying firm, Worldwide Strategic Partners, included Corey Lewandowsky, Trump's original campaign manager in 2016, who retains close ties to Trump and may find a role in a new American administration if Trump is elected in November. (See Document 2.)

BME_000178

- Payne, Aripov, and Lewandowsky had a falling out in 2017, leading to the firm's dissolution, and tensions among the individuals remain high. Lewandowsky demanded that neither Payne nor Aripov use his name in relation to other clients in the future.

- Payne subsequently formed a lobbying firm called Linden Strategies. (See Document 3.)

- If Trump is reelected, the continued activities of Aripov and Payne in Uzbekistan could threaten its relationship with the new American administration.

Additionally, Mkrtychyan is head of an investment group that has former US Energy Secretary Rick Perry and former Secretary of State Mike Pompeo as members of its advisory board. According to multiple sources, Mkrtychyan often invokes their names when attempting to extort people. When Mkrtychyan was arrested in early 2023, Aripov got Perry to sign a letter to President Mirziyoyev demanding his release (See Document 10.) According to our sources, Pompeo refused to sign a similar letter and threatened to end his relationship with Aripov unless the matter was resolved quickly. If either official returns to a future Trump Administration, Mkrtychyan and Aripov's activities could threaten the relationship with Washington.

Aripov falsely claims to have connections to the CIA and the US Embassy, and his extortion tactics carry the implicit threat of CIA backing. According to multiple sources, Aripov frequently brags that he has good relationships with the CIA and the US Embassy and has reportedly told some individuals that his good friend Payne is a high-level official in the CIA.

- According to multiple sources, one of Aripov's favored extortion tactics is to draft a letter allegedly giving himself the legal power to act and speak on behalf of the individual he is targeting. If the target pays him a large amount of money, he destroys the letter. If the target refuses, Aripov uses the letter to exert power over him. According to unverified information, the letter sometimes carries a fake symbol or language claiming that it comes from the CIA; the implication is that Aripov is the target's "CIA handler."

- According to our sources, Mkrtychyan has also told his targets that "high-ranking US officials" asked him to demand a land parcel for free from the Government of Uzbekistan, implying that he has US backing.

**Ties to the Former Regime**

Aripov was a longtime business partner of Gulnora Karimova. He was a close advisor to Karimova and was part of her business empire in Uzbekistan, often threatening others in her name.

- After Karimova was arrested in Uzbekistan for fraud and money laundering in 2014, Aripov assumed control of some of her property, including a $12-15 million entertainment facility in Riga, Latvia. He reportedly paid off unknown people in Uzbekistan to maintain his ownership of the property and is trying to sell it for 20 million Euros.

CONTAINS FALSE CLAIMS - DO NOT USE OR REDISTRIBUTE

3

- Mkrtychyan also seized some of Karimova's assets, including a bank, when she was arrested, and he has been detained and released twice in Uzbekistan in connection with his corruption. Several sources allege that he used the bank as a vehicle to launder money outside of Uzbekistan.

**Opposition and Russian Ties**

Aripov is connected to Uzbekistani opposition figure Muhammad Solih via Payne, who has had a decades-long relationship with Solih. (See Document 4.) Payne's other close contacts include Imran Khan, the jailed former President of Pakistan whom the current Government of Pakistan accuses of attempting to overthrow it, and Thaksin Shinawatra in Thailand. (See Document 3.)

Aripov has also developed businesses in Russia (see Document 2) and, according to our sources, frequently brags that he has connections to the Russian security services.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

4

## Glossary of Names

**Uktam Aripov** is an ethnic Uzbek Canadian citizen engaged in a bribery and smear campaign against numerous Uzbekistani citizens, is CEO of Euroluxe Trading Corp, and is a longtime business partner of Gulnora Karimova. Aripov is also connected to Muhammad Solih via Steve Payne, his American lobbyist who has had a decades-long relationship with Solih. Aripov claims to have high-level connections among former US government officials and often invokes their names when attempting to blackmail people.

**Ovik Mkrtychyan** is an ethnic Armenian oligarch and citizen of Russia who has active ties to Russian organized criminal organizations. He is a key business partner of Aripov. Mkrtychyan is head of GOR Investments, and former US Energy Secretary Rick Perry and former Secretary of State Mike Pompeo are members of its advisory board. Mkrtychyan often invokes their names when attempting to blackmail people. Mkrtychyan had a close relationship with Gulnora Karimova and seized some of her assets, including Alliance Bank, when she was arrested.

**Akmal Mamarakhimov** is the sub-representative of Zeppelin in Uzbekistan and an ally of Aripov. During the Karimov regime, Mamarakhimov was closely associated with Gulnora Karimova. In 2024, in collaboration with Aripov, Mamarakhimov attempted to take over the United Cement Group and tried to become the sole representative of Caterpillar in Uzbekistan.

**Dmitry Li** is head of Uzbekistan's Agency for Prospective Projects, a regulator of the insurance sector, the digital economy, cryptocurrency, and the stock exchange. Thanks to Mkrtychyan, Li is the majority shareholder of Alliance Bank, a bank once owned by Gulnora Karimova.

5

**Timeline**

November 2023 - Aripov asked Payne's lobbying firm to find a way to destroy Shadmanov and United Cement Group.

17 January 2024 - Mkrtychyan was arrested in Uzbekistan

18 January 2024 - Payne wrote the first of three letters to President Mirziyoyev protesting Mkrtychyan's arrest

15 March 2024 - A US Congressman, at Aripov's instigation, gave a speech on the floor of the US House of Representatives accusing Shadmanov's United Cement Group of collusion with Russia

April 2024 - Payne wrote a fake speech in the name of a senior US Congressman echoing the allegations that UCG was colluding with Russia

10 April 2024 - Payne wrote a second letter to President Mirziyoyev protesting Mkrtychyan's arrest

22 April 2024 - Payne wrote a third letter to President Mirzioyev protesting Mkrtychyan's arrest

6

BME_000182

**Appendix**

Document 1: Registration forms showing that Payne is a lobbyist for Aripov.

Document 2: Worldwide Strategic Partners marketing brochure, which is significant because it shows that Payne and Aripov worked together, along with several prominent Republicans.

Document 3: Linden Strategies marketing brochure, which is significant because it shows how Payne promotes his relationships with Muhammad Solih, Imran Khan, and Thaksin Shinawatra.

Document 4: Letter from Muhammad Solih to Payne, written in 2005, which is significant because it shows the longstanding relationship between the two men.

Document 5: The second and third letters from Payne to President Mirziyoyev, which, according to our linguistic analysis, were written by a native Russian speaker (likely Aripov) and translated poorly into English.

Document 6: The first letter from Payne to President Mirziyoyev, which names Li and Allamjonov as targets of Shadmanov's alleged corrupt activities.

Document 7: Text of Wesley Hunt Congressional speech instigated by Aripov and text of letter from Hunt to OFAC, which show his attempts to destroy the reputation of Shadmanov.

Document 8: Receipt for Payne's $3,350 donation to Congressman Wesley Hunt.

Document 9: Text of fake Congressional speech, written by Payne at Aripov's direction, which demonstrates the lengths to which both will go to smear their enemies.

Document 10: Two letters from former US Energy Secretary Rick Perry to President Mirziyoyev, which are significant because they show that Mkrtychyan was willing to leverage his connections to prominent US officials.

7

CONTAINS FALSE CLAIMS. DO NOT USE OR DISTRIBUTE

Document 1: Registration forms showing that Payne is a lobbyist for Aripov.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| 135 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |
| http://lobbyingdisclosure.house.gov | http://www.senate.gov/lobby |

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

*Check One:* ☐ New Registrant    ☐ New Client for Existing Registrant    ☐ Amendment

| | 1. Effective Date of Registration | 1/22/2024 |
|---|---|---|
| **2. House Identification**    56585 | **Senate Identification** | 401108744 |

## REGISTRANT    ☑ Organization/Lobbying Firm    ☐ Self Employed Individual

3. Registrant    Organization linden strategies

Address    5120 Woodway Dr. suite 5004        Address2    5004

City    Houston        State    TX    Zip    77056        Country    USA

4. Principal place of business (if different than line 3)

City    Richmond        State    TX    Zip    77406        Country    USA

5. Contact name and telephone number        **International Number**

Contact    Mr. Stephen Payne        Telephone 8325716091        E-mail    Spayne@lindenstrategies.com

6. General description of registrant's business or activities
Consulting company

## CLIENT    *A Lobbying Firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*    ☐ **Self**

7. Client name    Euro Luxe Trading Corp

Address    Terbatas iela

City    Riga        State    Zip    LV-1050    Country    LAT

8. Principal place of business (if different than line 7)

City    Riga        State    Zip    LV-1050    Country    LAT

9. General description of client's business or activities
Project management and Consulting

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within twenty years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | | | Covered Official Position (if applicable) |
|---|---|---|---|
| First | Last | Suffix | |
| Stephen | Payne | | |
| Logan | Somera | | |
| | | | |
| | | | |
| | | | |

## LOBBYING ISSUES

BME_000185

11. General lobbying issue areas (Select all applicable codes).

GOV

12. Specific lobbying issues (current and anticipated)

Issues relating to fair business practices in Central Asia

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $5,000 to the lobbying activities of the registrant in a quarterly period and either participates in and/or in whole or in major part supervises or controls the registrant's lobbying activities?

No --> Go to line 14.

Yes --> Complete the rest of this section for each entity matching the criteria above, then proceed to line 14.

| Internet Address: | | | | | |
|---|---|---|---|---|---|
| Name | Address | | | | Principal Place of Business |
| | Street | | | | |
| | City | State/Province | Zip Code | Country | |
| | | | | | City |
| | | | | | State _____ Country _____ |
| | | | | | City |
| | | | | | State _____ Country _____ |
| | | | | | City |
| | | | | | State _____ Country _____ |

## FOREIGN ENTITIES

14. Is there any foreign entity

a) holds at least 20% equitable ownership in the client or any organization identified on line 13; or

b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes activities of the client or any organization identified on line 13; or

c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

No --> Sign and date the registration.

Yes --> Complete the rest of this section for each entity matching the criteria above, then sign the registration.

| Name | Address | | Principal place of business | Amount of contribution | Ownership |
|---|---|---|---|---|---|
| | Street | | (city and state or country) | for lobbying activities | |
| | City | State/Province Country | | | |
| | | | City | | |
| | | | State _____ Country _____ | | % |
| | | | City | | |
| | | | State _____ Country _____ | | % |

## CONVICTIONS DISCLOSURE

15. Have any of the lobbyists listed on this report been convicted in a Federal or State Court of an offense involving bribery, extortion, embezzlement, an illegal kickback, tax evasion, fraud, a conflict of interest, making a false statement, perjury, or money laundering?

No    Yes

BME_000186

| Signature | Digitally Signed By: Stephen Payne | Date | 7/22/2024<br>1:41:06 PM |

BME_000187

Document 2: Worldwide Strategic Partners marketing brochure, which is significant because it shows that Payne and Aripov worked together, along with several prominent Republicans.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE



BME_000189

## Complex Issues. Discrete Strategies. *Winning Results.*

**Worldwide Strategic Partners**



Our philosophy is simple: to assist our clients with government and issue advocacy that yields results. Our team is comprised of forward-thinking, key players and we are broadly and deeply connected with earned trust. We create and foster global policy, secure capital, and create infrastructure for our clients by mitigating political and private sector hurdles.

### Table of Contents

About Us ........... 3

Our Team .......... 4

Client Success .... 6

Services ............ 9

Biographies ........ 12

BME_000190

# About Us





Worldwide Strategic Partners is an international relations and business development firm providing strategic analysis and advisory to domestic and international clients, including sovereign nations. We are focused on diplomatic, strategic and military consulting while maintaining positive government relations between our clients and the United States government.

We specialize government relations, strategic communications, political advisory, and market intelligence.

## Areas of Expertise

- Legislative and regulatory policy
- Sovereign representation
- Defense contracting
- International trade policy

- Diplomatic relations
- National Security
- Crisis management
- Global communications

BME_000191

## Our Team

**Worldwide Strategic Partners**



### Stephen Payne
**President**
*Government relations expert with decades of experience, including sovereign representation*



### Corey Lewandowski
**Executive Advisor**
*Political commentator, messaging expert, and former Trump Campaign Manager*



### Uktam Aripov
**Senior Vice President**
*Military contracting expert with decades of experience with U.S. businesses and foreign nations*



### Healy Baumgardner
**Vice President, Global Communications**
*Experienced Public Relations professional and former Trump campaign spokesperson*



### Brian Ettinger
**Vice President / General Counsel**
*Attorney with decades of expertise in international legal matters, including sovereign representation. Former Biden Congressional staffer*

BME_000192



# Associated Firms







**The Madison Group**

**Victory Solutions**

**Sanitas International**

The Madison Group is a bipartisan consulting and lobbying firm with an outstanding record of legislative successes.

Victory Solutions is a world class political consulting firm using the world's most advanced technology to win campaigns worldwide.

Sanitas is an accomplished international consulting firm specializing in in FMF and FMS transactions.

At Worldwide Strategic Partners we maintain strong relationships with other specialists in order to provide our clients with the best experience and superior results. The Madison Group, Victory Solutions, and Sanitas International have experience across a variety of areas, from highly complex regulatory lobbying to campaign technology to transactional support for military contracting. Combined with Worldwide's team of experts, we cover the entire spectrum of client issues.

BME_000193

# Client Success



### Latvia
- Instrumental in invitation to join NATO
- Facilitated one-on-one meetings between Latvian President and U.S. President
- Arranged for President of Latvia to address Joint Session of U.S. Congress

### Pakistan
- Negotiated removal of military and economic sanctions
- Secured billions of dollars of aid from U.S. government
- Secured "Major Non-NATO Ally Status"

### Turkmenistan
- Supported Turkmenistan, Pakistan, Afghanistan pipeline
- Organized trilateral summit resulting in preliminary agreement
- Secured statement of support from U.S. President

Based on Worldwide's history of successful projects, our clients can feel confident that their agenda is well represented. Throughout our decades of combined experience, we have represented domestic and international businesses and sovereign nations through a wide array of complex matters. Our experience and network of relationships allow us to execute on our client's strategic plans with speed and success.

BME_000194

# Case Study: Latvia

  

***Ensuring Stability and Freedom:*** **Worldwide enabled Latvia's entry into NATO and helped foster a closer and more prosperous relationship with the United States**

## Project Highlights

- Organized and scheduled the first one-on-one meeting between Latvian President Vaira Vike-Freiberga and President Bush in April 2001 and a subsequent meeting in 2003 to discuss Latvia's support of Operation Iraqi Freedom and the economic effects the newly established U.S./Russian energy cooperation would have on Latvia.

- In a show of support for the Baltic States, orchestrated the landmark 2-day visit, by President Bush to Latvia prior to the controversial Russian celebration, commemorating the 60th anniversary to the end of World War II.

- Lead Latvia's efforts to become a NATO Member, for this, Mr. Payne was awarded Latvia's Highest award, the Order of the 3 Stars, along with President Bush.

- Arranged for President Vike-Freiberga to speak to a Joint Session of Congress in June of 2006, making her only the 8th head of state since 2001 to have this distinguished honor.

- Headed the 2006 NATO Summit Host Committee

BME_000195

# Case Study: Pakistan

Worldwide
Strategic Partners

  

*An International Relationship Transformed*: Worldwide helped Pakistan reverse years of sanctions and join the fight against Al-Qaeda after 9/11

## Project Highlights

- Helped Pakistan negotiate a 5-year, $3 billion dollar aid package from the United States.

- Coordinated the removal of economic and military sanctions imposed

- Secured Pakistan the prestigious "Major Non-NATO Ally Status" joining: Japan, Australia, Israel, Egypt, South Korea, Kuwait, Argentina and the Philippines as an important U.S. ally.

- Assisted with a U.S./Pakistan Free Trade Agreement

- Coordinated, structured and implemented a comprehensive plan to release Pakistan from U.S., IMF, World Bank debt through grants, aid, debt forgiveness, debt rescheduling and guarantees

- After intensive coordinated efforts, Pakistan was finally able to purchase F-16 fighter jets and secured the delivery of C-130 transport aircrafts, helicopters, and night-vision equipment from the U.S. to fulfill Pakistani military requirements.

BME_000196

# Services



## Government Relations

Our principals and advisors have served in various executive, legislative and foreign policy roles in the U.S. resulting in strong international relationships and thorough knowledge of global policy and geopolitical landscapes.



## Strategic Communications

Our team has the expertise to provide world class strategic communications consulting in every project and jurisdiction worldwide.

BME_000197

# Government Relations

**Worldwide Strategic Partners**

  

**Across the spectrum of issues and agendas, we deliver results.**

Our team's collective expertise covers the wide expanse of Washington politics; from the Legislative and Executive branches, to military and regulatory agencies, to International bodies and NGOs. No matter the issue, we can develop a strategy forward.

## Our Expertise

| | |
|---|---|
| Foreign sovereign representation | Foreign direct investment |
| Foreign Relations Policy | U.S. and Global Energy |
| Trade and Regulatory Policy | U.S. government Aid/Financing |
| Defense Contracting | National Security Policy |

BME_000198

# Strategic Communications





## Global issues require global strategies.

In today's world, the never-ending flow of information poses new and complex challenges for clients seeking to promote their agenda. The smallest misstep can be amplified exponentially by the 24/7 media cycle. An iron-clad communications strategy is more important than ever before.

We are established strategic communications experts. We shape thought process paradigms, influence behavioral outcomes, and shift geopolitical landscapes. Our clients may not be mentioned specifically, but Worldwide Strategic Partners will ensure their issues are strategically placed and effectively communicated to the target audience. Our communications strategies support existing government relations goals resulting in greater impact and ultimate success.

### Our Expertise

| | |
|---|---|
| Research and Analysis | Crisis Communications |
| Strategic Communications Planning | Stakeholder/Target Audience Development |
| Message Development | Earned Media Placement (Traditional and Social) |
| Media Relations | Ally Recruitment |

BME_000199

# Stephen Payne



Stephen has over 25 years of Governmental Affairs, Public Relations and Energy Consulting experience representing the countries of Pakistan, Azerbaijan and the UAE as well as corporate household names such as JP Morgan, SAP Software, Continental Airlines, Boeing, Lockheed Martin and Major League Baseball. In the energy sector, Payne has represented Russian companies like Yukos and Tatneft Oil along with many others. In the Natural gas industry, Mr. Payne worked with Itera Gas (Russia's largest independent gas company) in it's development of various international projects (including LNG exports). As an expert in the energy industry, Mr. Payne is frequently asked to comment on a wide variety of issues by major print and online media publications. He also represented the Government of Turkmenistan in re-assembling a consortium of nations and international firms to build a natural gas pipeline from Turkmenistan to Pakistan. Mr. Payne coordinated the project and organized a trilateral summit between the Presidents of Turkmenistan, Afghanistan, and Pakistan that produced a memorandum of understanding regarding the Turkmen/Afghan gas pipeline, restoring the project's viability after years of dormancy. Payne served as a Senior Presidential Advance Representative of The White House traveling with President Bush to Jordan for the Red Sea Summit in June 2003, with Vice President Cheney to the Middle East in 2002 & 2005, Kazakhstan in 2006, and Afghanistan for the historic inauguration of Afghan President Karzai. Payne served as a Board Member of the National Defense University Foundation; was Deputy Director and Congressional Liaison of the 2001 Presidential Inaugural Committee; and was appointed to the Department of Homeland Security Advisory Committee. In 2006 at the NATO Summit in Riga, Latvia, Payne led the think tank conference panel discussion on energy security and chaired a NATO Future Leaders Forum comprised of leaders from thirty-five NATO member and partner countries.

BME_000200

# Corey Lewandowski



Corey Lewandowski is a nationally known television political commentator providing on-air analysis of political news and the political process with a deep understanding of President Donald J. Trump. Lewandowski previously served as the Chief Political Adviser and Campaign Manager to President Donald J. Trump where he managed all aspects of the historic and landmark presidential campaign – winning 38 Republican primaries and caucus, receiving more votes than any candidate in the history of the Republican party and securing the Republican nomination for President of the United States while only spending a fraction of the money competitors spent. Lewandowski is credited with running the most disruptive political campaign in modern American history – forever changing the political playbook and Washington, DC political landscape – and is cited as a visionary and expert on understanding the pulse of the American people. Lewandowski was named "Power Player of the Week" by Fox News Sunday for his contribution to the Trump campaign and he has spoken at as a guest lecturer at Oxford University, American University and Harvard University amongst other major higher education institutions.

Prior to spearheading the Trump Campaign, Lewandowski served as the National Director of Voter Registration of Americans for Prosperity and Americans for Prosperity Foundation. He is the former East Coast Regional Director for both organizations and served as the AFP and AFPF State Director for New Hampshire (starting the chapter in 2008). Prior to his tenure at AFP and AFP Foundation, Lewandowski served as Executive Director of the New England Seafood Producers' Association (NESPA), representing the vast New England seafood interests to state and federal government officials. Lewandowski worked as the Legislative Political Director, Northeast Region, for the Republican National Committee (RNC), as well as in senior positions with several Members of Congress. He is a graduate of the New Hampshire Police Standards Training Council (Police Academy). Lewandowski received his M.A in Political Science from American University, Washington, D.C.; his B.A in Political Science from the University of Massachusetts; and, he attended the Naval War College. Lewandowski lives in Windham, New Hampshire with his wife and four children.

BME_000201

# Uktam Aripov

Worldwide
Strategic Partners



Mr. Uktam Aripov completed a General History program and obtained his Masters degree in Political Science. His education has provided the necessary knowledge and expertise to develop innovative and productive strategies for the execution of successful business ventures. He founded and developed a number of businesses in countries such as Canada, USA, Turkey, Cyprus, Germany, Italy, and Russia in the telecommunications, construction and hotel-resorts industries. Mr. Aripov also provides financial management services to major international corporations. Mr. Aripov began his international business career in 1993. Throughout his career he has held various positions with large multinational entities including; being an official consultant for Motorola Company in the republic of Uzbekistan, working as an official consultant for the IRTO (UN) in Central Asia for a period of five years and being an official consultant for Harris Corporation in Central Asia. During 2008 – 2013 Mr. Aripov undertook an active role in developing and participating in the delivery program of specialty screening equipment for transit cargo in Central Asia and Kazakhstan. For the period of 2013 to 2015, he was employed as a consultant for a number of American companies, operating as a political analyst, and investment climate monitoring specialist in the Baltic region (Latvia, Lithuania, and Estonia). His most recent role included participation in an independent evaluation of delivering LNG to the European Union, and its importance for energy independence in the EU.

BME_000202

# Healy Baumgardner

**Worldwide Strategic Partners**



Healy E. Baumgardner is a strategic communications adviser with 20-years experience in government relations and public affairs. Her crisis management expertise has helped global CEO-level executives and top government officials in the energy, environmental, gaming, litigation, and national security arenas, among others. Baumgardner has worked on four White House campaigns – most recently as one of the original campaign advisers for President Donald J. Trump, joining his campaign at the beginning. In this role, Baumgardner served as a communications adviser and spokesperson while traveling the nation and acting as a gatekeeper to the national press. She quickly ascended to becoming one of the most public campaign surrogates on national cable television because of her feisty and relatable delivery on-camera. Prior to her involvement with Trump, she served as deputy communications director for Rudy Giuliani's 2008 presidential campaign. She also served as a senior White House press official and spokesperson for energy in the President George W. Bush administration. She managed and maintained relationships with national media outlets and foreign heads-of-state. She crafted and implemented multi-faceted, global communications strategies for the president's agenda. She has managed staffs exceeding 200 individuals, comprised of U.S. Embassies, the U.S. Department of State and White House personnel, among others. Baumgardner is a proud West Virginia native.

BME_000203

# Brian Ettinger



Brian Ettinger has been a licensed attorney for over 30 years. His law practice has an emphasis on business representation for international and domestic businesses in markets such as; oil & gas, LNG production and exploration, rig equipment and oil services. He has also handled complex government relations and government regulatory matters including being a registered lobbyist for foreign governments, sovereign owned energy companies, and international businesses. Currently, Mr. Ettinger currently serves as General Counsel for Worldwide Strategic Partners and Outside Counsel for Drilling Structures Services, Inc. and T.I.E.C., Inc. He has also served on the Board of Directors of two private companies that became publicly traded companies. Prior to becoming an attorney, Mr. Ettinger served as an assistant to Mayor for the City of Philadelphia and Congressional Staff Assistant to Congressional House Leadership and Senator Joe Biden.

BME_000204

# Hon. Curt Weldon - Advisor



Curt Weldon served 20 years in the US Congress and retired as Vice Chairman of the Armed Services Committee and Vice Chairman of the Homeland Security Committee. Weldon organized and Chaired the National Disaster Fire and EMS Caucus for 20 years and served as America's Honorary Fire Chief. Prior to Congress Weldon served as an Executive with the INA/CIGNA Corporation at the Corporate Headquarters in Philadelphia as well as an Educator and College Professor. Weldon was also elected as Delaware County Council Chairman and Mayor of Marcus Hook, PA. Weldon formed Jenkins Hill International in 2007 and provides national and international consulting services based on his work as a public official and his leadership of 60 Bi-Partisan Congressional Delegations to over 125 countries, including Libya and North Korea. Weldon has received over 100 national and international awards and 7 Honorary Doctorate Degrees and is an elected Member of the Russian Federation Academy of Sciences.

BME_000205



BME_000206

Document 3: Linden Strategies marketing brochure, which is significant because it shows how Payne promotes his relationships with Muhammad Solih, Imran Khan, and Thaksin Shinawatra.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE





*Complex Issues.*
*Discrete Strategies.*
*Winning Results.*

BME_000208



BME_000209

# Complex Issues. Discrete Strategies. Winning Results.



**Linden**
STRATEGIES



Linden Strategies' philosophy is simple: assist our clients with strategies that yield results. Our team is comprised of forward-thinking government and industry experts. We create and foster global policy, help communicate the right message at the right time, expand businesses, and win campaigns. With more than two decades of success, we can develop an approach that leads to exceptional results.

## Table of Contents

About Linden ................................................. 2

Services .......................................................... 6

     Government Relations

     Strategic Communications

     Business Advisory

     Political Consulting

Case Studies ................................................. 12

Linden's Team ............................................... 18

BME_000210



*About Us*

BME_000211

# About Us





Linden Strategies is a government relations and business development firm providing strategic analysis and advisory to domestic and international clients, including sovereign nations. Our team of experts has a vast wealth of experience across government and commercial enterprise and our clients span the globe.

We specialize in government relations, strategic communications, business advisory, and political consulting.

## Areas of Expertise



- Sovereign Representation
- International Trade Policy & Negotiation
- Legislative and Regulatory Policy
- Government Contracting & Procurement
- Military Procurement

- Energy Development & Consulting
- Infrastructure Development & Consulting
- U.S. / International Commercial Partnerships
- Campaign Consulting
- Global Communications

BME_000212

# Expertise





## Expertise that spans the globe

Our team has completed projects in 40 countries. We have the expertise to interface with governments and businesses on the most complex issues.

© 2020 Linden Strategies – Confidential    www.LindenStrategies.com

BME_000213

# Client Success



**Major League Baseball**    Mohamed Salih

**PM Thaksin Shinawatra**

SAP Software    **SOCAR**

**Lockheed Martin**    Marshall Petroleum

Azerbaijan    **India**    Itera Gas

**Pakistan    United Airlines**

**Boeing**    Turkmenistan    Budweiser

Lloyds Energy    JP Morgan    **Latvia**

Tatneft    Yukos    **United Arab Emirates**

**Morgan Stanley**    Associated Pipeline

PM Yingluck Shinawatra    **Sprint**

*And many more...*

## A track record of success

Based on over two decades of successful projects, our clients can feel confident that their agenda is well represented. Throughout our decades of combined experience, we have represented domestic and international businesses and sovereign nations through a wide array of complex matters. Our experience and network of relationships allow us to execute on our client's strategic plans with speed and success.

BME_000214



*Services*

BME_000215

# Services



**Linden**
STRATEGIES

## Government Relations



Our principals and advisors have served in various executive, legislative and foreign policy roles in the U.S. resulting in strong international relationships and thorough knowledge of global policy and geopolitical landscapes.

## Strategic Communications



Our team has the expertise to provide world class strategic communications consulting in every project and jurisdiction worldwide. We help deliver the right message, at the right time.

## Business Advisory



Linden provides turnkey solutions for business clients. With a strong track record and experienced team, we help clients enter new markets, both domestically and internationally while providing the necessary regulatory and political support.

## Political Consulting



From the farms of Iowa to the factories of Eastern Europe, Linden brings together a global network of campaign experts. We provide campaign strategy, grassroots outreach, and cutting edge technology to bring our clients message directly to voters.

BME_000216

# Government Relations



**Linden**
STRATEGIES



## Across the spectrum of issues and agendas, we deliver results.

Our team's collective expertise covers the wide expanse of Washington politics; from the Legislative and Executive branches, to military and regulatory agencies, to International bodies and NGOs. No matter the issue, we can develop a strategy forward.

## Our Expertise

| | |
|---|---|
| Foreign sovereign representation | Foreign direct investment |
| Foreign Relations Policy | U.S. and Global Energy |
| Trade and Regulatory Policy | U.S. Government Aid/Financing |
| Defense Contracting | National Security Policy |

© 2020 Linden Strategies – Confidential
www.LindenStrategies.com

BME_000217

# Strategic Communications



**Linden**
STRATEGIES



## Global issues require global strategies.

In today's world, the never-ending flow of information poses new and complex challenges for clients seeking to promote their agenda. The smallest misstep can be amplified exponentially by the 24/7 media cycle. An iron-clad communications strategy is more important than ever before.

We are established strategic communications experts. We shape thought process paradigms, influence behavioral outcomes, and shift geopolitical landscapes. Linden ensures client issues are strategically placed and effectively communicated. Our communications strategies support existing government relations goals resulting in greater impact and ultimate success.

## Our Expertise

| | |
|---|---|
| Research and Analysis | Crisis Communications |
| Strategic Communications Planning | Stakeholder Audience Development |
| Message Development | Earned Media Placement |
| Media Relations | Ally Recruitment |

© 2020 Linden Strategies – Confidential

BME_000218

# Business Advisory





## Our team's expertise crosses boundaries, from Texas to Turkmenistan, we help grow our clients' businesses

The Linden team is made up of a wide variety of subject matter experts. We work with businesses across government, domestic and international. Our team has experts on the ground in Texas that handle state issues and a wide variety of experts that have a proven track record of success at the Federal and International level.

## Our Expertise

| | |
|---|---|
| International Commercial Expansion | Foreign Direct Investment |
| Cross-border M&A Advisory | U.S. & Global Energy Development |
| Federal Government Contracting (GSA, FBO, SBA) | U.S. & Global Infrastructure Development |
| Federal Defense Contracting & Procurement | U.S. Gov't/EXIM/OPIC/International Financing |

© 2020 Linden Strategies – Confidential
www.LindenStrategies.com

BME_000219

# Political Consulting





## Expertise gained through decades of successful campaigns.

From U.S. Presidential campaigns to local elections, the Linden team has decades of successful campaign experience. Our team has managed or consulted on campaigns across the globe, providing a mix of traditional campaign services and cutting-edge technology to deliver our client's message directly to the voters.

## Our Expertise

| | |
|---|---|
| International Campaigns | Platform (Issue) Development |
| Domestic Campaigns | Debate Preperation |
| Fundraising Strategy | Endorsement Outreach |
| Opposition Research | Media Relations |

© 2020 Linden Strategies – Confidential

BME_000220

# Case Studies

BME_000221

# Case Study: Latvia



**Linden**
STRATEGIES



## Ensuring Stability and Freedom: Linden enabled Latvia's entry into NATO and helped foster a closer and more prosperous relationship with the United States

### Project Highlights

◆ Organized and scheduled the first one-on-one meeting between U.S. President George Bush and Latvian President Vaira Vīķe-Freiberga in April 2001 and a subsequent meeting in 2003 to discuss Latvia's support of Operation Iraqi Freedom and the economic effects the newly established U.S./Russian energy cooperation would have on Latvia.

◆ In a show of support for the Baltic States, orchestrated the landmark 2-day visit, by President Bush to Latvia prior to the controversial Russian celebration, commemorating the 60th anniversary to the end of World War II.

◆ Lead Latvia's efforts to become a NATO Member, for this, Mr. Payne was awarded Latvia's Highest award, the Order of the 3 Stars, along with President Bush.

◆ Arranged for President Vaira Vīķe-Freiberga to speak to a Joint Session of Congress in June of 2006, making her only the 8th head of state since 2001 to have this distinguished honor.

◆ Headed the 2006 NATO Summit Host Committee

BME_000222

# Case Study: Pakistan



**Linden**
STRATEGIES



## An International Relationship Transformed: Linden helped Pakistan reverse years of sanctions and join the fight against Al-Qaeda after 9/11

### Project Highlights

- Helped Pakistan negotiate a 5-year, $3 billion dollar aid package from the United States.

- Coordinated the removal of economic and military sanctions during the previous U.S. administrations

- Secured Pakistan the prestigious "Major Non-NATO Ally Status" joining: Japan, Australia, Israel, Egypt, South Korea, Kuwait, Argentina and the Philippines as an important U.S. ally.

- Assisted with a U.S./Pakistan Free Trade Agreement.

- Coordinated, structured and implemented a comprehensive plan to release Pakistan from U.S., IMF, World Bank debt through grants, aid, debt forgiveness, debt rescheduling and guarantees.

- After intensive coordinated efforts, Pakistan was finally able to purchase F-16 fighter jets and secured the delivery of C-130 transport aircrafts, helicopters, and night-vision equipment from the U.S. to fulfill Pakistani military requirements.

   © 2020 Linden Strategies – Confidential          www.LindenStrategies.com

BME_000223

*"It gives me great pleasure to thank you for playing such an important role in strengthening US Pakistan ties... The challenges faced by both our countries in the aftermath of September 11th, brought us even closer, in which you played a pivotal role..."*

**Pervez Musharraf**
**President of Pakistan, 2006**



# Case Study: Uzbekistan









## From Alleged Terrorist to U.S. Ally
## The Transformation of Muhammad Salih

### Project Highlights

◆ For 10 years, Muhammad Salih tried to visit the U.S. to promote his agenda of freedom and democracy in Uzbekistan – although terrorist accusations and an Interpol warrant for his arrest (originated by the Uzbek Government) kept him from being able to enter the U.S.

◆ Worked with the White House and the Departments of State and Justice to facilitate the removal of Mr. Salih's name from the terrorist watch list and the waving of the Interpol Warrant for his arrest.

◆ Worked with the White House, Departments of State, Justice, Homeland Security, and Treasury, the Federal Bureau of Investigation, and key Congressional Leaders – to provide Mr. Salih with a U.S. Visa.

◆ Coordinated the formation of the United Uzbek Democratic Coalition, which united all major Uzbek opposition leaders behind Mr. Salih -- these included the former Uzbek Ambassador to the U.S., the former Justice Minister of Uzbekistan, a former Governor of Ferghana (an Uzbek province), several former Parliament Members, a former Aide to Karimov Family, and the former Uzbek Ambassador to Turkmenistan

◆ Planned, arranged, and executed a successful media, governmental and Think Tank outreach.

© 2020 Linden Strategies – Confidential    www.LindenStrategies.com

BME_000225

*"Before you began working on my case, I had a very uncertain future. I had an Interpol warrant for my arrest... and was on the terrorist watch list in the United States...It is now clear that my investment in your firm has secured an opportunity that I otherwise would have never had."*

**Muhammed Salih**
**Democratic Party of Uzbekistan**



# Case Study: Thailand



**Linden**
STRATEGIES



**Democracy Restored: Linden has helped Thaksin Shinawatra and the elected government of Thailand remove barriers to democracy and restore elections.**

## Project Highlights

- Helped Thaksin Shinawatra, former Prime Minister of Thailand, restore his ability to travel internationally following a military coup in 2006.

- Coordinated grass roots effort that resulted in several congressional statements supporting Thai democracy and denouncing the military Junta.

- Secured an invitation for Thaksin to speak to the Helsinki Commission, part of the Commission on Security and Cooperation in Europe (CSCE), a U.S. government entity.

- Through Linden's efforts in Congress and the White House, Thailand was pushed to hold democratic elections, which Thaksin's political party won, the sixth such democratic majority for his party.

- Secured U.S. support and encouragement for Thaksin's sister, Yingluck Shinawatra, who became Prime Minister.

 © 2020 Linden Strategies – Confidential                www.LindenStrategies.com

BME_000227

# Case Study: Azerbaijan





## The Start of A Strong Friendship: Linden helped President Aliyev secure a meeting with President Bush and U.S. support leading to a lasting relationship with U.S. leadership.

### Project Highlights

◆ Arranged for the President of Azerbaijan, Ilham Aliyev, to visit the U.S. and meet with President Bush – a task the Azeri government had been trying to accomplish for over 3 years

◆ Arranged a private phone call between Vice President Cheney and the President of Azerbaijan

◆ Arranged a series of meetings for the Foreign Minister of Azerbaijan during his September visit to the U.S.

◆ Worked with members of the Helsinki Commission to reduce the negative language in the U.S. press release following the November Elections

◆ Arranged for articles and speeches to be placed into the U.S. Congressional record

◆ Helped write the Silk Road II legislation leading to significant investments in infrastructure, benefiting Azerbaijan and U.S. companies

◆ Developed a series of Op-Ed's written by influential U.S. officials to boost positive U.S. public perception about Azerbaijan including, Senator Kay Bailey Hutchison (R-TX) and A. Elizabeth Jones - Former Assistant Secretary of State - Europe and Eurasia

© 2020 Linden Strategies – Confidential

BME_000228



*Our Team*

BME_000229

# Stephen Payne – President





Mr. Payne has over 25 years of Governmental Affairs, Public Relations and Energy Consulting experience. He has provided government affairs representation to the countries of Pakistan, Azerbaijan and the UAE as well as corporations such as JP Morgan, SAP Software, Continental Airlines, Boeing, Lockheed Martin among many others.

During his long career in energy consulting, Mr. Payne has negotiated over 27 mtpa of LNG sales and been instrumental in the development of several large LNG export projects in the United States. He has also represented Yukos, Tatneft Oil, and Itera Gas in their development of various international projects. He also represented the Government of Turkmenistan in re-assembling a consortium of nations and international firms to build a natural gas pipeline from Turkmenistan to Pakistan. Mr. Payne coordinated the project and organized a trilateral summit between the Presidents of Turkmenistan, Afghanistan, and Pakistan that produced a memorandum of understanding regarding the TAPI pipeline, restoring the project's viability after years of dormancy.

As an expert in the energy industry, Mr. Payne is frequently asked to comment on a wide variety of issues by major print and online media publications and led the NATO think tank conference panel discussion on energy security in Riga, Latvia. He also chaired a NATO Future Leaders Forum comprised of leaders from thirty-five NATO member and partner countries.

Mr. Payne also served as a Senior Presidential Advance Representative of The White House. In this role, he traveled with President Bush to Jordan for the Red Sea Summit in June 2003, with Vice President Cheney to the Middle East in 2002 & 2005, Kazakhstan in 2006, and Afghanistan for the historic inauguration of Afghan President Karzai. Prior to his consulting work, Mr. Payne served in several capacities during President Bush's campaigns as well as roles in Senator Kay Bailey Hutchison's office, and at the Texas State Capitol. Mr. Payne has served as a Board Member of the National Defense University Foundation, was Deputy Director and Congressional Liaison of the 2001 Presidential Inaugural Committee, and served on the Department of Homeland Security Advisory Committee.

BME_000230

# Brian Ettinger – General Counsel





Brian Ettinger has been a licensed attorney for over 30 years. His law practice has an emphasis on business representation for international and domestic businesses in markets such as, oil & gas, LNG production and exploration, rig equipment and oil services. He has also handled complex government relations and government regulatory matters including being a registered lobbyist for foreign governments, sovereign owned energy companies, and international businesses.

Currently, Mr. Ettinger serves as General Counsel for Linden Strategies and Outside Counsel for Drilling Structures International, Inc. and T.I.E.C., Inc. He has also served on the Board of Directors of two private companies that became publicly traded companies. Prior to becoming an attorney, Mr. Ettinger served as an assistant to the Mayor for the City of Philadelphia and Congressional Staff Assistant to Congressional House Leadership and Senator Joe Biden where he served as the Senator's Legislative Assistant. Mr Ettinger currently serves in the leadership of Republicans for Biden.

Mr. Ettinger is a graduate of La Salle University and the South Texas College of Law.

© 2020 Linden Strategies – Confidential
www.LindenStrategies.com

BME_000231

# Curt Weldon – Senior Advisor





Curt Weldon served 20 years in the US Congress and retired as Vice Chairman of the Armed Services Committee and Vice Chairman of the Homeland Security Committee. Weldon organized and Chaired the National Disaster Fire and EMS Caucus for 20 years and served as America's Honorary Fire Chief. Prior to Congress Weldon served as an Executive with the INA/CIGNA Corporation at the Corporate Headquarters in Philadelphia as well as an Educator and College Professor. Weldon was also elected as Delaware County Council Chairman and Mayor of Marcus Hook, PA.

Weldon formed Jenkins Hill International in 2007 and provides national and international consulting services based on his work as a public official and his leadership of 60 Bi-Partisan Congressional Delegations to over 125 countries, including Libya and North Korea. Weldon has received over 100 national and international awards and 7 Honorary Doctorate Degrees and is an elected Member of the Russian Federation Academy of Sciences.

© 2020 Linden Strategies – Confidential
www.LindenStrategies.com

BME_000232



# Complex Issues.
# Discrete Strategies.
# Winning Results.

## Contact Information

For more information about Linden Strategies, or to schedule a time to discuss our services in more detail, please contact us.

**Phone:** +1 713.783.7783
**Email:** info@lindenstrategies.com

5120 Woodway Drive, Suite 5004
Houston, Texas, USA 77056

# www.LindenStrategies.com

BME_000233



BME_000234

Document 4: Letter from Muhammad Solih to Payne, written in 2005, which is significant because it shows the longstanding relationship between the two men.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

BME_000235

# O'zbekiston ERK Demokratik Partiyasi
## Democratic ERK Party of Uzbekistan

June 17, 2005

Mr. Stephen P. Payne
President, Strategic Political Partners
5847 San Felipe Suite 3275
Houston, Texas 77057

Dear Steve,

I wanted to take this opportunity to personally thank you for assisting me in obtaining a U.S. Visa.

Before you began working on my case, I had a very uncertain future. I had an Interpol warrant for my arrest, issued by the Uzbekistan Government, and I was on the terrorist watch list in the United States.

Through your continued efforts, key people from the White House, Departments of State, Justice, Homeland Security, and Treasury, The Federal Bureau of Investigation, and key Congressional Leaders, became involved in my case. This has all culminated to this day; I have now received a special invitation from the State Department to enter into the U.S., something I couldn't accomplish after years of trying.

It is now clear that my investment in your firm has secured an opportunity that I otherwise would have never had. With my newfound support from the U.S. government (which you have created), I will now be able to travel freely and deliver my message of freedom for the Uzbek people.

Once again thank you for ending my visa nightmare and helping to remove these terrorist rumors, which have plagued me for many years.

Sincerely,

Muhammed Salih

Leader of Democratic Party of Uzbekistan

BME_000236

Document 5: The second and third letters from Payne to President Mirziyoyev, which, according to our linguistic analysis, were written by a native Russian speaker (likely Aripov) and translated poorly into English.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

BME_000237



April 16, 2024

Ambassador Furqat Sidikov
Washington DC, USA

**RE:    MONDAY CALL FOLLOW UP**

Dear Mr. Ambassador,

It was a pleasure to speak with you yesterday. I enjoyed our friendly call and I am confident that you have been able to accurately report the contents of our conversation back to Tashkent.

I am always glad to help you and Uzbekistan in resolving any issues, and in the future, should we have any issues, we will be sure to send them directly to you. Please let me know if there is ever a need for our help. Next time I am in Washington, I look forward to taking you up on your offer to get coffee and discuss our mutual experiences in Pakistan.

Sincerely,

Stephen Payne

BME_000238



April 22, 2024

Ambassador Furqat Sidikov
Washington DC, USA

Dear Mr. Ambassador,

I am truly thankful for Your invitation to visit the Uzbek embassy. On our end we would like to invite You to visit our office in Texas, where we would love to express our hospitality to You.

Mr. Ambassador,

I am sending You a letter, directed to His Excellency Mr. Mirziyoyev.

To our great regret, we are once again forced to contact him, and to distract him from governmental affairs. Unfortunately certain unethical officers of the SGB fully discredit and stain the interior and foreign affairs politics that Mr. Mirziyoyev is striving to introduce. This causes significant reputational damage to the country and its investment attractiveness.

We do not have any economic or other interests in Uzbekistan, but our work in Europe and USA with Mr. Mkrtchyan was always supported, and his desire to attract foreign investment into Uzbekistan's high-tech sector is well accepted by the American business circles. His projects are a true representation of the efforts that President Mirziyoyev is undertaking to steer Uzbekistan towards a constitutional and lawful state, and these efforts are noticed internationally. Sadly, situations like the one Mr. Mkrtchyan has found himself in, not only hurt the investment climate, but also stain the political progress that the country has achieved under President Mirziyoyev.

We will be forced to contact international press, as well as human rights organizations to protect Mr. Mkrtchyan's reputation and innocence. Furthermore, we will continue with Congressional hearings to evaluate the legal system of Uzbekistan - where innocent businessmen are subject to torture and unlawful punishment. We truly hope that this could be avoided; however we are kindly asking You to inform the high-ranking officials within the Foreign Affairs Ministry that we will act swiftly and diligently to prove Mr. Mkrtchyan's innocence, with all our resources deployed towards this goal.

Kind regards,

Stephen Payne

BME_000239

Document 6: The first letter from Payne to President Mirziyoyev, which names Li and Allamjonov as targets of Shadmanov's alleged corrupt activities.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

BME_000240



April 10, 2024

President Shavkat Mirziyoyev
Tashkent, Uzbekistan

Dear Mr. President,

Please let us express our sincere respects and congratulate you and your country on the sacred holiday of Eid.

We are forced to contact you for the second time in regards to the situation involving our partner Mr. Ovik Mkrtchyan.

Unfortunately, we have attempted to contact the Uzbek Ambassador in Washington twice, but our requests were ignored. We believe that the letters sent on January 18th (Appendix A) that were sent to you by Secretary Pompeo, and Secretary Perry were ignored as well.

On January 17, 2024 upon their departure from the office in Tashkent, Mr. Ovik Mkrtchyan and his daughter were detained by the officers of SGB (State Security Service). The list of charges laid included alleged involvement of Mr. Ovik Mkrtchyan in illegal activities when fulfilling government contracts for Oil & Gas Company during 2012-2016. This case was already reviewed in 2018, and after agreeing on additional discounts and terms this issue was resolved. This case is being utilized now solely to launch a criminal case and detention of Mr. Ovik Mkrtchyan. All family members of Mr. Ovik Mkrtchyan, including his wife and children, were submitted to the Interpol lists, while being physically located in Uzbekistan.

All procedures, protocols, and so-called investigations were conducted with outrageous violations, and off the record the reason provided by the SGB officers was that this is an order from a higher authority. For the duration of his detainment from 17 January 2024 the officers of SGB were constantly pressing Mr. Ovik Mkrtchyan to admit guilt for crimes he did not commit, motivating this by obtaining his personal phone conversations and messages. Since Mr. Mkrtchyan did not admit any fictitious charges, the SGB personnel resorted to pressuring and forcing the relatives and acquaintances of Mr. Mkrtchyan to provide fictitious information that would incriminate him.

The true reason behind this issue is a conflict between Mr. Ovik Mkrtchyan on one hand, and two Uzbek businessmen Mr. Shadmanov Ulugbek and Stanislav Tsatskin on the other. The reason behind the conflict lies in the fact that Mr. Mkrtchyan did not comply with a request made by Mr. Ulugbek Shadmanov.



The summary of the conflict is below:

Mr. Shadmanov and Mr. Tsatskin demanded Mr. Mkrtchyan to request the advisory board members Secretary Pompeo and Ambassador Thomas Shannon to assist in including two Uzbek nationals into the OFAC lists, and to commence their criminal prosecution. To conduct this, they have provided Mr. Mkrtchyan with all necessary personal information as well as mobility and movement logs from one of the intelligence agencies, which is not accessible by any civil organization or person.

Mr. Mkrtchyan denied this request, stating that this request is completely unlawful. Secondly, the two Uzbek nationals in question are not average citizens of Uzbekistan, but rather high-ranking politicians within the government of Uzbekistan, who are in possession of sensitive and confidential information. In essence this request is sabotaging the authority and image of the governing body of Uzbekistan, and is in fact a state crime.

The first person in question is Mr. Dmitriy Lee - Director of National Agency of Project Management under the President of the Republic of Uzbekistan. The second person in question is Mr. Komil Allamjonov - Head of Staff Information Department of the President administration .

Mr. Mkrtchyan has informed us that he is being pressured by Mr. Shadmanov and Mr. Tstatskin to conduct these illegal activities. We have responded that we are in solidarity with Mr. Mkrtchyan's decision to deny this request, and advised him to inform of such request Mr. Kamo Tumasov, who positioned himself as the only and sole shareholder of projects being developed by Mr. Mkrtchyan. Mr. Tumasov has informed Mr. Mkrtchyan that he will investigate how to resolve the issue and to inform the competent individuals of this request.
After denying this request, Mr. Ovik Mkrtchyan found himself in a situation where all his projects started stalling and were basically put on hold. The decrees and orders of your administration were not carried out and all correspondence from the management of Mr. Mkrtchyan's company was ignored. In November of 2023 Mr. Tsatskin has visited Mr. Tumasov informed him that all projects that were being developed based on the Presidential Decree will not be completed, since Mr. Shadmanov will personally destroy them.

Advisory board members Mr. Mike Pompeo and Mr. Rick Perry have sent an official letter in January addressed to you, which included a request to have your personal involvement in resolving this issue. This letter has been officially transferred through the Uzbek Embassy in Washington, and unfortunately it was ignored, and we believe that it was hidden from you.

On March 15, 2024 in the U.S. Congress there was a discussion of companies that violate sanctions imposed by the United States and the European Union, by directly or indirectly



assisting the Russian Federation in its aggression towards Ukraine. The U.S. Department of Treasury was recommended to analyze and prosecute such companies, more specifically OFAC was directed to investigate The United Cement Group (Appendix B), with Mr. Shadmanov being the beneficiary of this company, which undoubtedly harms the image of Uzbekistan and the democratic reforms and changes that are being conducted by your Excellency.

In April of 2024 Mr. Thomas Shannon, who is one of the closest friends of Uzbekistan, who consistently provides consulting services and practical assistance in resolving of many matters, who is also holding a position of Co-Chairman of the Advisory Board in Mr. Mkrtchyan's company once again provided a letter (Appendix B) addressed to you through his counter partner - former Minister of Foreign Affairs, Mr. Kamilov; however we are not confident if it was delivered to you or not.

As a result we currently observe a critical situation that does not have any governmental nor legal status - a businessman is attempting to employ channels to destroy high government officials of the Republic of Uzbekistan, by contacting foreign institutions that have an ability to provide sanctions pressure, while placing his own interests above interests of the government; furthermore he is discrediting the government and intelligence agencies by utilizing short-sighted SGB officers. This ultimately discredits all success and progress that Uzbekistan has achieved under your command in the last years.

We are kindly asking you to assist us in this issue, and to have your personal involvement in determining the faith of a true Uzbek patriot that is diligently working to attract foreign investment and capital into Uzbekistan.

With warmest regards,

Stephen Payne

President
LINDEN STRATEGIES

Board Member
GOR Investment Limited

Document 7: Text of Wesley Hunt Congressional speech instigated by Aripov and text of letter from Hunt to OFAC, which show his attempts to destroy the reputation of Shadmanov.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE



# Congressional Record

United States
of America

PROCEEDINGS AND DEBATES OF THE *118th* CONGRESS, SECOND SESSION

WASHINGTON, FRIDAY, MARCH 15, 2024

# *House of Representatives*

### HON. WESLEY HUNT
OF TEXAS
Friday, March 15, 2024

## UNITED CEMENT GROUP

Mr. HUNT. Mr. Speaker, I rise today to inquire about a possible and deliberate violation of U.S. imposed sanctions due to Russian aggression.

As the war in Ukraine carries on and as Russian sanctions are imposed, I worry that our focus on Russian assets and agents in Europe has overlooked assets and agents in former Soviet republics such as Uzbekistan, Kazakhstan, and Kyrgyzstan.

I would like to draw specific attention to various companies registered in Cyprus which operate in these former Soviet republics. One such example is a Cyprus-registered company which operates in Uzbekistan and Russia called United Cement Group (UCG).

UCG acquired the Uzbekistan government's stake in one of the country's largest cement factories in early 2022 in what has been described as an "opaque" transaction with no formal tender and a significant discount on the sale price.

This acquisition by UCG has positioned the company to now control about 50 percent of Uzbekistan's cement capacity.

We are seeing monopolization under the guise of privatization, to the benefit of Russia. This is just one example of a bad actor in these relatively overlooked countries that are taking advantage of the international focus on Ukraine. I will be sending a letter to Treasury Secretary Yellen imploring her to further investigate these apparently corrupt improprieties and potential sanctions violations that continue to transpire in this region of the world.

Web link to these remarks in the U.S. Congressional Record.
https://www.congress.gov/congressional-record/volume-170/issue-47/extensions-of-remarks-section/articl
e/E255-1?q=%7B%22search%22%3A%22UNITED+CEMENT+GROUP%22%7D&s=2&r=1

HOUSE JUDICIARY COMMITTEE

NATURAL RESOURCES COMMITTEE

HOUSE COMMITTEE ON SMALL BUSINESS

**WESLEY HUNT**
38TH DISTRICT, TEXAS

1520 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE (202) 225-5646

## Congress of the United States
## House of Representatives
### Washington, DC 20515

March 15, 2024

Andrea Gacki
Director, Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex / Freedman's Bank Building
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Dear Director Gacki:

I am writing to you today concerning a possible and deliberate violation of U.S. imposed sanctions due to Russian aggression. As the war in Ukraine carries on and as Russian sanctions are imposed, I worry that our focus on Russian assets and agents in Europe has overlooked assets and agents in the former Soviet republics of Uzbekistan, Kazakhstan, and Kyrgyzstan.

I would like to draw specific attention to various companies registered in Cyprus that operate in these former Soviet republics. One such example is United Cement Group (UCG), a Cyprus-registered company which operates in Uzbekistan and Russia.

UCG acquired the Uzbekistan government's stake in one of the country's largest cement factories in early 2022 in what has been described as an "opaque" transaction with no formal tender and a significant discount on the sale price. This acquisition by UCG has positioned the company to control about 50 percent of Uzbekistan's cement capacity. We are seeing monopolization under the guise of privatization for Russia's benefit.

The acquisition mentioned above is just one example of a bad actor in these relatively overlooked countries that are taking advantage of the international focus on Ukraine. I am requesting a formal inquiry into UCG's actions during this acquisition and their potential sanction violations. The United States must continue to conduct oversight and take necessary action on companies and countries that attempt to abscond U.S. sanctions.

Given the severe implications that can arise from sanction aversion, please respond to the following questions in writing **by April 18, 2024.**

BME_000246

# Congress of the United States
## Washington, DC 20515

1. Was OFAC aware of UCG's acquisition of the Uzbekistan government's stake in the Qizilqum Cement Plant or any of their similar acquisitions in Uzbekistan?

2. If OFAC was aware of that acquisition, or similar acquisitions, has OFAC opened a formal or informal inquiry into UCG's actions?

3. If not, does OFAC currently have a plan to open an inquiry into UCG?


Sincerely,


Wesley P. Hunt
Member of Congress

BME_000247

Document 8: Receipt for Payne's $3,350 donation to Congressman Wesley Hunt.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)    PAGE 52 OF 216

- [X] 11a
- [ ] 11b
- [ ] 11c
- [ ] 11d
- [ ] 12
- [ ] 13a
- [ ] 13b
- [ ] 14
- [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**HUNT FOR CONGRESS**

---

**A.** Full Name (Last, First, Middle Initial)
NORTHROP, CHERYL, , ,

Mailing Address 60 ALLA BREVE AVE

| City | State | Zip Code |
|------|-------|----------|
| HENDERSON | NV | 89011-5474 |

FEC ID number of contributing federal political committee.    C

Name of Employer: RETIRED
Occupation: RETIRED

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date ▼
329.61

Date of Receipt
M M / D D / Y Y Y Y
03 / 19 / 2024

Transaction ID : SA11A.302922

Amount of Each Receipt this Period
2.50

- [ ] Memo Item

CONTRIBUTION

EARMARKED FROM WINRED

---

**B.** Full Name (Last, First, Middle Initial)
OWEN, MICAELA, , ,

Mailing Address 1813 CHOPIN WAY

| City | State | Zip Code |
|------|-------|----------|
| MODESTO | CA | 95358-8852 |

FEC ID number of contributing federal political committee.    C

Name of Employer: RETIRED
Occupation: RETIRED

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date ▼
312.30

Date of Receipt
M M / D D / Y Y Y Y
03 / 19 / 2024

Transaction ID : SA11A.303062

Amount of Each Receipt this Period
52.05

- [ ] Memo Item

CONTRIBUTION

EARMARKED FROM WINRED

---

**C.** Full Name (Last, First, Middle Initial)
PAYNE, STEPHEN, , ,

Mailing Address 6806 COUNTRY LN N

| City | State | Zip Code |
|------|-------|----------|
| RICHMOND | TX | 77406-8771 |

FEC ID number of contributing federal political committee.    C

Name of Employer: LINDEN ENERGY
Occupation: PRESIDENT

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date ▼
3300.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 19 / 2024

Transaction ID : SA11A.303071

Amount of Each Receipt this Period
3300.00

- [ ] Memo Item

CONTRIBUTION

EARMARKED FROM WINRED

---

SUBTOTAL of Receipts This Page (optional).............................................................▶    3354.55

TOTAL This Period (last page this line number only)..............................................▶

FEC **Schedule A (Form 3)** (Revised 05/2016)

BME_000249

Document 9: Text of fake Congressional speech, written by Payne at Aripov's direction, which demonstrates the lengths to which both will go to smear their enemies.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE

**HON. MICHAEL MCCAUL**
OF TEXAS
_____, April __, 2024

# SANCTIONS CIRCUMVENTION IN UZBEKISTAN

Mr. McCaul. Mr. Speaker, I rise today to voice my strong concern regarding alleged Russian sanctions circumvention in the Central Asian country of Uzbekistan.

On March 15th, 2024, my colleague, Congressman Wesley Hunt of Texas announced his concern about the "possible and deliberate violation of U.S. imposed sanctions due to Russian aggression."

I believe that Congressman Hunt's attention to this matter is highly credible and deserves an in-depth assessment of how these often overlooked nations are potentially circumventing sanctions within their borders, in coordination with Cypriot companies, and on behalf of the Russian Government, resulting in the financing of the Russian efforts in Ukraine.

Congressman Hunt also pointed out a specific example of potential sanctions circumvention in a company called United Cement Group. This company is registered in Cyprus but operates in Uzbekistan. We continue to identify Cyprus as a hotbed of money laundering activity, as recently as this past month in our sanctions designation of the al-Shabaab network in connection to al-Qaeda.

I call on the Uzbekistan government, specifically Saida Mirziyoyeva in her capacity as the First Assistant to the President and daughter of President Mirziyoyev, to advise the current Uzbekistan Administration to cease any and all cooperation with those who have been reportedly been a party to violations of the sanctions regime put in place to counter Russian aggression.

Additionally, in my role as Chairman of the House Foreign Affairs Committee, I will be coordinating with OFAC in order to increase its focus on potential sanctions violations within the countries of Uzbekistan, Kazakhstan, and Kyrgyzstan.

In closing, I would like to again reiterate Congressman Hunt in announcing that I will be sending a letter to Treasury Secretary Yellen imploring her to further investigate these apparently corrupt improprieties and potential sanctions violations that continue to transpire in this region of the world, beginning with Cyprus and Uzbekistan.

BME_000251

Document 10: Two letters from former US Energy Secretary Rick Perry to President Mirziyoyev, which are significant because they show that Mkrtychyan was willing to leverage his connections to prominent US officials.

CONTAINS FALSE CLAIMS - DO NOT USE OR DISTRIBUTE



*LANGDALE HOUSE, 11 MARSHALSEA ROAD, LONDON, UNITED KINGDOM SE1 1EN*

January 18, 2024

President Shavkat Mirziyoyev
Tashkent, Uzbekistan

**RE:    GOR INVESTMENT ISSUE**

Dear President Mirziyoyev,

On behalf of GOR Investment, and in my capacity as Co-Chairman of its Advisory Board along with Secretary Mike Pompeo, I wanted to reach out to you regarding the recent detention of GOR founder Ovik Mkrtchyan, on January 17th, 2024.

It is my understanding that Uzbekistan is a country which values due process and rule of law and I would like to commend you on your recent strides in upholding this standard. I also commend the recent adoption of the new Uzbekistan Constitution which places civil rights at the forefront of your administration and your country's purview.

In light of the recent detention of Ovik Mkrtchyan, and on behalf of GOR Investment, I hope to see the same due process and rule of law be afforded to our associates in Uzbekistan.

Mr. President, thank you for taking the time to review this letter and we hope to continue our work and partnership with GOR Investment in Uzbekistan, now, and in the future.

Sincerely,

*Rick Perry*

Secretary Rick Perry
Advisory Board Co-Chairman

BME_000253



*LANGDALE HOUSE, 11 MARSHALSEA ROAD, LONDON, UNITED KINGDOM SE1 1EN*

April 16, 2024

President Shavkat Mirziyoyev
Tashkent, Uzbekistan

**RE:    GOR INVESTMENT ISSUE RESOLUTION**

Dear Mr. President,

On behalf of the GOR Investment partners and members of the Advisory Board, we would like to express our sincere gratitude for any assistance you have provided in regards to the release of GOR founder Ovik Mkrtchyan.

We look forward to seeing Uzbekistan continue to grow and attract further investment and participation from international companies and countries. We hope to continue our work with GOR in developing Uzbekistan's energy and technology sectors.

Additionally, we are ready to provide any necessary assistance and support that may be needed in furthering our mutual objectives in the future.

Thank you again for your time.

Sincerely,

*Rick Perry*

Secretary Rick Perry
Advisory Board Co-Chairman

BME_000254