**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOR INVESTMENT LIMITED,** *et al.*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>**STRAIFE, LLC,** *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:25-cv-04506 |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 26.1**

I, the undersigned, counsel of record for Plaintiffs Gor Investment Limited Company, Ltd. ("Gor") and Ovik Mkrtchyan, certify the following to the best of my knowledge and belief:

Plaintiff Gor is a company organized and existing under the laws of England and Wales with its principal place of business in England, and no publicly held corporation owns 10% or more of its stock.

December 26, 2025

Respectfully submitted,

*/s/ John B. Bellinger, III*

ARNOLD & PORTER KAYE SCHOLER LLP
John B. Bellinger, III (D.C. Bar 405059)
Ryan P. Hartman (pro hac vice forthcoming)
Sally Pei (D.C. Bar 1030194)
Volodymyr Ponomarov (D.C. Bar 90003758)
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
john.bellinger@arnoldporter.com
ryan.hartman@arnoldporter.com
sally.pei@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com

*Attorneys for Plaintiffs*

1