**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GOR INVESTMENT LIMITED,** *et al.*, | ) |
| *Plaintiffs* | ) |
| v. | ) Civil Action No.: 1:25-CV-04506 |
| **STRAIFE LLC,** *et al.*, | ) |
| Defendants | ) |

**DEFENDANTS JOSEPH PATRICK FLEMING'S AND STRAIFE LLC's**
**MOTION TO DISMISS THE COMPLAINT**

Defendants, Joseph Patrick Fleming and Straife LLC (together "Straife Defendants"), through the undersigned counsel, move to dismiss Gor Investment Ltd.'s and Ovik Mkrtchyan's (together "Plaintiffs") Complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim. Straife Defendants submit the attached Memorandum of Points and Authorities in support of their Motion.

Dated: February 19, 2026        Respectfully submitted,

*/s/Jennifer Quinn-Barabanov*
Jennifer Quinn-Barabanov (D.C. Bar No. 452644)
STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC  20036-1795
Telephone:   (202) 429-3000
Facsimile:   (202) 429-3902
jquinnbarabanov@steptoe.com

Craig Smyser *(pro hac vice)*
David Isaak *(pro hac vice)*
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone:   (713) 221-2300
Facsimile:   (713) 221-2320
csmyser@steptoe.com
disaak@steptoe.com

*Attorneys for Joseph Patrick Fleming and Straife LLC*