IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOR INVESTMENT LIMITED,** *et al.*, ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> **STRAIFE LLC,** *et al.*, ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No.: 1:25-CV-04506 <br><br> [PROPOSED] ORDER |

**[PROPOSED] ORDER GRANTING DEFENDANTS
JOSEPH PATRICK FLEMING'S AND STRAIFE LLC's
<u>MOTION TO DISMISS THE COMPLAINT</u>**

Before the Court is Defendants Joseph Patrick Fleming's and Straife LLC's Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Having considered the Defendants' submissions, and the opposition thereto, in the above-captioned action, it is hereby

**ORDERED,** that Defendants Joseph Patrick Fleming's and Straife LLC's Motion to Dismiss in GRANTED, and it is further

**ORDERED,** that Plaintiffs' Complaint is DISMISSED with prejudice as to Defendants Joseph Patrick Fleming and Straife LLC.


Dated: _____    _____
                                            Hon. Emmet G. Sullivan
                                            United States District Judge