**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GOR INVESTMENT LIMITED, et al., | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) Civil Action No.: 1:25-CV-04506-EGS |
| STRAIFE LLC, et al., | ) ) ) |
| *Defendants.* | ) ) ) ) |

**DEFENDANTS JOSEPH PATRICK FLEMING AND STRAIFE LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Defendants Joseph Patrick Fleming and Straife LLC ("Straife"), certify the following to the best of my knowledge and belief:

Defendant Straife is a limited liability company organized under the laws of Texas with its principal place of business in Houston, Texas. Straife is wholly owned by Straife Holdings LLC ("Straife Holdings"), a limited liability company organized under the laws of Wyoming with its principal place of business in Sugar Land, Texas. Straife Holdings is wholly owned by Joseph Patrick Fleming, a natural person, who is a citizen of Texas. Straife does not have a parent corporation, and no publicly held corporation owns 10 percent or more of Straife.

Pursuant to Local Civil Rule 26.1, these representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 2, 2026                          Respectfully submitted,

                                              */s/ Jennifer Quinn-Barabanov*
                                              Jennifer Quinn-Barabanov (D.C. Bar No. 452644)
                                              STEPTOE LLP
                                              1330 Connecticut Ave., NW
                                              Washington, DC  20036-1795
                                              Telephone:     (202) 429-3000
                                              Facsimile:     (202) 429-3902
                                              jquinnbarabanov@steptoe.com


                                              Craig Smyser *(pro hac vice)*
                                              David Isaak *(pro hac vice)*
                                              STEPTOE LLP
                                              717 Texas Avenue, Suite 2800
                                              Houston, TX 77002
                                              Telephone:     (713) 221-2300
                                              Facsimile:     (713) 221-2320
                                              csmyser@steptoe.com
                                              disaak@steptoe.com

                                              *Attorneys for Joseph Patrick Fleming and Straife LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I electronically filed this document with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

*/s/ Jennifer Quinn-Barabanov*
Jennifer Quinn-Barabanov