**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOR INVESTMENT LIMITED and OVIK MKRTCHYAN,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>STRAIFE, LLC, JOSEPH PATRICK FLEMING, AND STEPHEN PRENTISS PAYNE,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-4506-EGS |

**JOINT MOTION AND STIPULATION FOR ENTRY OF
PROTECTIVE ORDER**

Plaintiffs Ovik Mkrtchyan and Gor Investment Limited and Defendants Joseph Fleming, Straife, LLC, and Stephen Payne respectfully ask the Court to enter the attached Stipulated Protective Order (the "Order"). In support of this joint motion, the parties state as follows:

1.      In their Joint Discovery and Case Management Report, the parties stated that they intend to move for a protective order in this action. ECF No. 28 at 10.

2.      The parties anticipate that the materials produced in discovery may contain confidential information, as outlined in the Order.

3.      To protect the confidentiality of this information and otherwise facilitate its efficient and prompt exchange, the parties hereby stipulate to entry of the Order and ask the Court to enter it.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter the attached Order.

Dated:  May 4, 2026

Respectfully submitted,

/s/ Jennifer Quinn-Barabanov (by permission)
Jennifer Quinn-Barabanov (D.C. Bar No. 452644)
Craig Smyser (*pro hac vice*)
David Isaak (*pro hac vice*)
STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jquinnbarabanov@steptoe.com
csmyser@steptoe.com
disaak@steptoe.com

*Counsel for Defendants Straife, LLC and Joseph Fleming*

/s/ Ryan P. Hartman
John B. Bellinger III (D.C. Bar No. 405059)
Ryan P. Hartman (D.C. Bar 974807)
Sally L. Pei (D.C. Bar No. 1030194)
Volodymyr Ponomarov (D.C. Bar No. 90003758)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.Bellinger@arnoldporter.com
Ryan.Hartman@arnoldporter.com
Sally.Pei@arnoldporter.com
Volodymyr.Ponomarov@arnoldporter.com

*Counsel for Plaintiffs Gor Investment Limited and Ovik Mkrtchyan*

/s/ Michael J. Wynne (by permission)
Michael J. Wynne (*pro hac vice* )
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Direct: (281) 450-7403
Main: (832) 390-2644
mwynne@gwafirm.com

Jason H. Ehrenberg
D.C. Bar No. 469077
HOLON LAW GROUP LLP
1178 Broadway, 3rd Floor #4503
New York, New York 10001
Direct: 202.888.3773
Main: 866.372.0726
jehrenberg@holonlaw.com

*Counsel for Defendant Stephen Payne*

2