**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GOR INVESTMENT LIMITED, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>STRAIFE LLC, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 1:25-CV-04506-EGS-MJS |

**CERTIFICATE OF SERVICE OF
THE COURT'S MEMORANDUM ORDER (ECF NO. 39)
ON OMNISTRAT GROUP LLC**

I hereby certify that, pursuant to the Court's June 10 Memorandum Order granting Plaintiffs' motion to compel production of documents from Non-Party OmniStrat Group LLC ("OmniStrat") (ECF No. 39), on June 10, 2026, a true and correct copy of that Memorandum Order was served on OmniStrat's counsel by email at the following email addresses:

> Keith D. Silverstein, Keith D. Silverstein, P.A.
> keith@silversteinpa.com
>
> Richard Preston, Law Office of Hector Hernandez, PLLC
> richardpreston444@gmail.com  and  hernandezprestondc@gmail.com

In addition, on June 11, 2026, a true and correct copy of the Court's Memorandum Order was served by process server on OmniStrat's registered agent at the following address:

> Legalcorp Solutions, LLC
> 1221 College Park Dr.
> Dover, DE 19904

A copy of the proof of service is attached as Exhibit A.

Dated: June 15, 2026

Respectfully submitted,

/s/ Ryan P. Hartman
John B. Bellinger III (D.C. Bar No. 405059)
Ryan P. Hartman (D.C. Bar No. 974807)
Sally L. Pei (D.C. Bar No. 1030194)
Volodymyr Ponomarov (D.C. Bar No. 90003758)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.Bellinger@arnoldporter.com
Ryan.Hartman@arnoldporter.com
Sally.Pei@arnoldporter.com
Volodymyr.Ponomarov@arnoldporter.com

*Counsel for Plaintiffs*

2