# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOR INVESTMENT LIMITED, et al.** | CASE NO. : 1:25-CV-04506-EGS-MJS |

<b>vs</b>

<i>Plaintiffs</i>

**STRAIFE LLC, et al.**

<i>Defendants</i>

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Delaware,

That on **06/11/2026** at **9:20 AM** at **1221 College Park Dr., Dover, DE 19904**

I served a(n) **Memorandum Order granting Plaintiffs' motion to compel production of documents from OmniStrat (Dkt. 39)**

on **OmniStrat Group, LLC c/o Legalcorp Solutions, LLC, Registered Agent**,

by delivering thereat a true copy of each to **Tequilla McKisset** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: Black
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 0" - 5' 3"
Weight:over 200 Lbs.
Other: Glasses

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/11/26

Sean Boykevich